IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.                                                  ] | Criminal No. 1:05-MJ-00398 |
| ] | |
| NHAN TRANH NGUYEN         ] | |

**PRAECIPE**

   Please enter the appearance of the undersigned as counsel for NHAN TRAHN NGUYEN

in the above styled case.

                                                                               Respectfully Submitted,
                                                                               NHAN TRAHN NGUYEN
                                                                               By Counsel

_____/s/_____
Idus J. Daniel, Jr.
I.J. Daniel & Associates
639 I Street, NE
Washington, DC 20002
(202) 546-5023
D.C. Unified Bar No.: 405077


_____/s/_____
MATTHEW WARTEL
216 S. Patrick Street
Alexandria, Va. 22314
703-549-0446
D.C. Unified Bar No. 457295

**Certificate of Service**

    I hereby certify that a true copy of the foregoing was sent via first class mail to AUSA Barry Wiegand, Esquire, 555 4th Street, N.W. Washington, D.C. 20530 on this 10th day of August, 2005.

                                                               \_\_\_\_\_/s/_____
                                                               Matthew Wartel